IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24450-JAL

BARRY WAX, a Florida resident, KENNETH ROSEN, a Florida resident, individually, and on behalf of others similarly-situated,

    Plaintiffs,
 v.

FANDUEL, INC., DRAFTKINGS, INC., SAAHIL SUD, DREW DINKMEYER, ETHAN HASKELL, MATTHEW BOCCIO, VISA, INC., MASTERCARD, INC., AMERICAN EXPRESS CREDIT CORPORATION, J.P. MORGAN CHASE & CO., MERRICK BANK, CAPITAL ONE BANK, PAYSAFECARD.COM USA, INC., VANTIV, INC., PAYPAL, INC., NATIONAL BASKETBALL ASSOCATION, INC., TURNER SPORTS, BULLPEN MANAGEMENT LLC, COMCAST VENTURES LLC, GOOGLE CAPITAL MANAGEMENT LLC, HDS INVESTMENT ADVISORY LLC, HDS INVESTMENT MANAGEMENT LLC, KOHLBERG KRAVIS ROBERTS & CO. L.P., NBC SPORTS VENTURES LLC, PENTECH VENTURES LLP, PITON CAPITAL LLP, LEK CONSULTING LLC, SCOTTISH INVESTMENT BANK, SHAMROCK CAPITAL ADVISORS LLC, TIME WARNER, INC., d/b/a TIME WARNER INVESTMENTS, TUSK VENTURES, 21ST CENTURY FOX AMERICA, INC., ATLAS VENTURES ASSOCIATES III, INC., BDS CAPITAL MANAGEMENT LLC, DST GLOBAL, a/k/a DIGITAL SKY TECHNOLOGIES, FOX SPORTS INTERACTIVE MEDIA LLC, GGV CAPITAL HOLDINGS LLC, JASON ROBINS, HUB ANGELS MANAGEMENT LLC, JORDAN

**CLASS ACTION**

| |
|---|
| MENDELL, KRAFT GROUP LLC, LEGENDS HOSPITALITY LLC, MSG SPORTS & ENTERTAINMENT LLC, MAJOR LEAGUE BASEBALL VENTURES, MAJOR LEAGUE SOCCER LLC, MELO7 MEDIA PARTNERS LLC, NHL ENTERPRISES, INC., NHL ENTERPRISES LP, REDPOINT VENTURES I LLC, THE RAINE GROUP LLC, WELLINGTON MANAGEMENT COMPANY LLC, <br><br>                Defendants. |

## NOTICE OF RELATED OR SIMILAR ACTION

Plaintiffs pursuant to S.D. Fla. L.R. 3.8 hereby give notice of a related and similar filed earlier than the instant matter and before Judge Paul C. Huck, Gomes, et al. v. FanDuel, et al., case no. 1:15-cv-23858-PCH.

Dated: December 4, 2015

                                              Respectfully submitted,

                                              COLSON HICKS EIDSON COLSON
                                              MATTHEWS MARTINEZ GONZALEZ
                                              KALBAC & KANE
                                              *Counsel for Plaintiffs*
                                              255 Alhambra Circle
                                              Penthouse
                                              Coral Gables, Florida 33134
                                              (305) 476-7400; fax (305) 476-7444

                                              -AND-

                                              CHRISTOS LAGOS, Esq.
                                              Florida Bar No. 149690
                                              Lagos@attainjustice.com
                                              JOHN PRIOVOLOS, Esq.
                                              Florida Bar No. 690112
                                              john@priolaw.com
                                              LAGOS & PRIOVOLOS PLLC
                                              66 West Flagler Street

Suite 1000
Miami, FL 33130
Tel: (305) 960-1990
Fax: (305) 891-2610
*Counsel for Plaintiffs*

By: s/Ervin A. Gonzalez
ERVIN A GONZALEZ
Florida Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Florida Bar No. 524441
Patrick@colson.com